**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARGARET LEWIS and STEVEN LEWIS, | Case No.: 10-CV-01864-LHK |
| Appellants, | ORDER TO SHOW CAUSE |
| v. | |
| BOB LEWIS VOLKSWAGEN, et al., | |
| Appellees. | |

Appellants filed the instant appeal from bankruptcy court on April 29, 2010. No further action has been taken since the April 29, 2010, notice of appeal. Appellant is required to file with the clerk and serve on appellees a designation of the items to be included in the record on appeal and a statement of the issues to be presented within 14 days after filing notice of appeal. It is now more than seven months since the notice of appeal was filed. The court therefore orders appellants to show cause why the case should not be dismissed for lack of prosecution. Appellants shall file a response on or before December 30, 2010. Absent a showing of good cause, the appeal will be dismissed.

**IT IS SO ORDERED.**

Dated: December 6, 2010

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-01864-LHK
ORDER TO SHOW CAUSE